```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                          PENSACOLA DIVISION

IN RE:                              )
                                    )
RODDY AND RAMONA DESGRANGES         )   CASE NO.  09-32388-LMK
                                    )      CHAPTER 7
      Debtor.                       )
_____)
```

                   REPORT OF UNCOLLECTED FUNDS

     JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

```
                    NAME AND ADDRESS
CLAIM NO.             OF CREDITOR                        AMOUNT

   4            Green Meadows HOA                         27.81
                C/o Arnold Olsen
                719 Green St., #104
                Ft. Walton Beach, FL 32547



Dated: 4/21/11                      /s/ John E. Venn, Jr.
                                    JOHN E. VENN, JR.,
                                    TRUSTEE
                                    FL Bar No. 184992
                                    220 W. Garden St.
                                    Suite 603
                                    Pensacola, FL 32502
                                    (850) 438-0005
                                    Johnevennjrpa@aol.com
```